### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

MICHAEL JOSEPH EDMONDSON,

      Plaintiff /Petitioner,

v.                                  Case No. 8:23-cv-830-WFJ-AEP

STATE OF FLORIDA,

      Defendant /Respondent.

_____/

### ORDER

      Mr. Edmondson, a Florida prisoner, filed an "APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS" (Doc. 1). He failed, however, to file a complaint or petition alleging his claims and the relief he seeks.

      Rule 3, Fed.R.Civ.P., provides that "[a] civil action is commenced by filing a complaint with the court." Because Mr. Edmondson failed to file a complaint or petition, this case is **DISMISSED** without prejudice to Mr. Edmondson initiating an action by filing a complaint or petition in a new case with a new case number. The Clerk of the Court must close this case.

      **ORDERED** in Tampa, Florida, on April 24, 2023.

WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

Copy to: Michael Joseph Edmondson, *pro se*